# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 144

| | |
|---|---|
| JOSHUA BAILEY and AMANDA BAILEY, et al, | ) ) ) |
| Plaintiffs | ) ) |
| V | )     **ORDER** ) |
| ESTATE OF CARROLL JETT, et al, | ) ) ) |
| Defendants | ) |

**THIS MATTER** is before the court on Casper Fredric Marcinak, III's Application for Admission to Practice *Pro Hac Vice* of Robert D. Moseley, Jr. It appearing that Robert D. Moseley, Jr. is a member in good standing with the South Carolina Bar and will be appearing with Casper Fredric Marcinak, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Casper Fredric Marcinak, III's Application for Admission to Practice *Pro Hac Vice* (#28) of Robert D. Moseley, Jr. is **GRANTED**, and that Robert D. Moseley, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Casper Fredric Marcinak, III.

Signed: February 1, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge