IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv144

| | | |
|---|---|---|
| JOSHUA BAILEY and AMANDA BAILEY, both indiviudally and as executors of the Estate of Haiden William Bailey, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| ESTATE OF CARROLL JETT; CORETRANS, LLC; MARLBORO WAREHOUSE COMPANY; MARLBORO MILL; DOMTAR PAPER COMPANY, LLC; DOMTAR INDUSTRIES, INC.; DOMTAR, INC.; DOMTAR CORPORATION; PEOPLEASE CORPORATION; N&W HOLDINGS, LLC; C. H. ROBINSON WORLDWIDE, INC.; C. H. ROBINSON COMPANY; GEOLOGIC SOLUTIONS, INC.; and XATA CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on further review of the pleadings. While counsel for plaintiffs have taken appropriate action based on the last administrative Order of the court, it has come to the court's attention that defendant Estate of Carroll Jett has also not answered, even though an appearance has been made on behalf of

such defendant. See Notice of Appearance (#8). Counsel for plaintiffs will be allowed an additional seven days within which to take action as to such defendant so that issues may thereinafter join.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs are allowed up to and inclusive of March 16, 2011, to take action as to their claims against defendant Estate of Carroll Jett.

Signed: March 9, 2011

Dennis L. Howell
United States Magistrate Judge